**FILED & ENTERED**

**JUN 03 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kaaumoan DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>Marvin V Acuna,<br><br><br><br>Debtor(s). | Case No.: 2:23-bk-16688-WB<br><br>CHAPTER 13<br><br>**ORDER DISMISSING DEBTOR MARVIN V. ACUNA'S CHAPTER 13 CASE WITH PREJUDICE**<br><br>Date:       May 29, 2024<br>Time:      1:30PM<br>Place:     255 E. Temple Street<br>               Courtroom 1375<br>               Los Angeles, CA 90012 |

    On May 29, 2024, the Court heard the motion of Debtor, Marvin Acuna, for voluntary dismissal of his Chapter 13 petition ("Motion"). The Debtor appeared pro se. Creditor Plant Craft Foods, Inc. ("PCF") appeared by and through its counsel of record, Sanjiv N. Singh. The Chapter 13 Trustee, Nancy K. Curry, appeared by and through her counsel of record, Sean O'Hair.

    The Court having reviewed the Motion, PCF's conditional opposition and request for a dismissal with a bar to refiling, Debtor's reply, the arguments of the parties and the pleadings

filed in this case, and having made its findings of fact and conclusions of law on the record, and good cause appearing:

**IT IS HEREBY ORDERED:**

1. Debtor's Chapter 13 petition is hereby dismissed for cause pursuant to 11 U.S.C. § 1307(b).

2. The automatic stay is vacated.

3. Any discharge entered in this case is vacated.

4. The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

5. Pursuant to Bankruptcy Code 11 U.S.C. § 349, Debtor is prohibited from filing any new bankruptcy petition unless: (a) Debtor files a motion to request permission to file a new bankruptcy case, and the motion is supported by admissible evidence; (b) the motion is served upon all creditors; (c) the motion is set for hearing on regular notice; and (d) the Court grants the motion.

###

Date: June 3, 2024

Julia W. Brand
United States Bankruptcy Judge